IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr155-MHT** |
| | ) | **(WO)** |
| **JON HARVEY DEAL** | ) | |

## ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 29) and the included memorandum describing the defendant's compliance with the terms of supervised release, his ongoing employment, and his stable residence and family life, and based on the government's representation to the court that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Jon Harvey Deal's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 16th day of December, 2016.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**